# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANY SHRUM, on behalf of C.T.M., a minor, | ) ) ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. CIV-14-495-JHP-KEW ) |
| NANCY A. BERRYHILL, Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 13, 2017, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's Motion for Attorney Fees under 42 U.S.C. §406(b). The Magistrate Judge recommended that the Motion for Attorney Fees under 42 U.S.C. §406(b) (Dkt.# 26), be affirmed. There has not been an objection filed to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on September 13, 2017, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS SO ORDERED this 20th day of October, 2017.**

James H. Payne
United States District Judge
Eastern District of Oklahoma